UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DUODESK, LLC, | ) | |
| | ) | Jury Demand |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. ____ |
| | ) | |
| Gee Hoo Industrial Corporation | ) | Judge _____ |
| | ) | |
| Defendant | ) | Magistrate Judge ____ |
| | ) | |
| | ) | |

NOW COMES PLAINTIFF, DuoDesk, LLC, (hereinafter "Duodesk"), by and through its attorneys, The Law Offices of Seghers and Perez, for its claims against Gee Hoo Industrial Corporation ("Defendant"), states as follows:

### INTRODUCTION

1. This is an action for breach of a product quality manufacturing agreement. Plaintiff Duodesk designs and sells active motion sitting machines under the brand name "activeLife Trainer". Defendant is a Taiwanese company that manufactures various exercise equipment. Duodesk contracted with Defendant to manufacture activeLife Trainer in accordance with specific quality requirements. Defendant breached its promise to manufacture activeLife Trainer according to the specific quality requirements. Defendant's breach of its promises caused Duodesk substantial damages as alleged herein.

### PARTIES

2. Plaintiff, Duodesk, LLC, is a limited liability company registered under the laws of the state of Louisiana, having its principal place of business at 1414 Audubon Street, New Orleans, Louisiana, 70118.

3. On information and belief, Defendant, Gee Hoo Industrial Corporation, is incorporated in Taiwan, having its principal place of business located at No. 4, Kong 9th Road, Linkou Industrial Park II, Linkou, Taipei, Taiwan.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because this is a dispute between a citizen of Louisiana and citizen of a foreign state. Duodesk is a citizen of Louisiana. Defendant is a citizen of Taiwan.

5. The amount in dispute, exclusive of fees and costs, exceeds $75,000.

6. This Court also has personal jurisdiction over Defendant because Defendant has been conducting business activities in Louisiana by contracting with Duodesk for the manufacturing of the activeLife Trainer products and by delivering the products into the stream of commerce with the expectation that the products will be purchased by consumers in Louisiana and all over the United States.

7. Venue is proper in this judicial district under 28 U.S.C. § 1391 because a substantial part of the events occurred in this judicial district, Duodesk is a resident of this judicial district and the Defendant is subject to personal jurisdiction in this district.

## COUNT I.  BREACH OF THE PRODUCT QUALITY AGREEMENT

8. Duodesk hereby incorporates by reference the allegations contained in the preceding paragraphs as if fully stated herein.

9. Dr. Christoph Leonhard, Duodesk's president and founder, invented and patented the concept of an active motion sitting work station which allows a user to engage in moderate exercise while working productively in a professional office setting.

10. Duodesk markets the product under the brand name "activeLife Trainer."

11. Defendant promised verbally repeatedly and in writing to manufacture activeLife Trainer machines consistent with Duodesk's quality requirements ("Product Quality Agreement").

12. Pursuant to the Product Quality Agreement, Defendant manufactured 210 units of the activeLife Trainer and delivered them to Duodesk in early 2014.

13. However, the activeLife Trainer machines manufactured by Defendant were defective. Because of the high defective rate, Duodesk was forced to stop selling the products immediately after it began selling them.

14. Duodesk suffered extensive damages as a result of Defendant's breach of its promises to manufacture quality products.

WHEREFORE DUODESK PRAYS for judgment against Defendant as follows:

1. For all consequential and incidental damages including, without limitation, lost profit caused by Defendant's breach of the Product Quality Agreement;
2. For prejudgment interest at the highest lawful rate;
3. For costs of suit and such other relief as the court shall deem proper.

Dated:   New Orleans, Louisiana
         June 11, 2014

                                        Duodesk, LLC

                                        _____
                                        One of the Attorneys for Plaintiff
                                        Duodesk, LLC.

Mark D. Seghers, Esq. (LSBA No.33364)
1919 Veterans Boulevard, Suite 302
Kenner, Louisiana 70062